# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00333-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ANGEL DAVID OLIVERA-HERNANDEZ, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, February 3, 2026, at 11:00 a.m., be vacated and continued to ___March 18, 2026___ at the hour of __11:00 a.m.__

DATED this _23_ day of January 2026.

_____
UNITED STATES DISTRICT JUDGE